```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FRAMEWORK MI, INC.,

                    Plaintiff,

        - against -                              O R D E R

CVS HEALTH CORPORATION, CVS PHARMACY,        20 Civ. 907 (NRB)
INC., CAREMARK RX, LLC, PROCARE
PHARMACY, LLC d/b/a ENCOMPASS RX,
ENCOMPASS RX, LLC

                    Defendants.
----------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the defendants' status update letter, dated July 27, 2020, the Court has determined that the defendants may bring their motion without the necessity of another pre-motion conference.

The Court notes that if, consistent with Rule 11, the plaintiff can assert additional allegations to cure any alleged deficiencies raised by the defendants, it would be in the best interest of both the parties and the Court for the plaintiff to assert them now, before briefing on the proposed motion. The plaintiff is thus granted leave to file a second amended complaint within two (2) weeks of this Order. At that time, if no second amended complaint has been filed, the parties should confer on a briefing schedule agreeable to both sides, in which no more than

1

sixty (60) days elapse from the filing of the defendants' motion to the filing of the defendants' reply.

Dated:   New York, New York
         August 3, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE