UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRAMEWORK MI, Inc., <br><br> Plaintiff, <br><br> v. <br><br> CVS HEALTH CORPORATION; CVS PHARMACY, INC.; CAREMARK RX, LLC; PROCARE PHARMACY, LLC d/b/a ENCOMPASS RX; ENCOMPASS RX, LLC; <br><br> Defendants. | **Case No. 1:20-cv-00907 (NRB)** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** having been brought before the Court by Plaintiff, Framework MI, Inc. ("Plaintiff"), and the Court having considered the matter during a teleconference conducted on July 6, 2020 and the Plaintiff having filed supplemental correspondence further discussing the matter and the relevant issues related to the matter on July 27, 2020 and after having heard the arguments of counsel, if any, and for good cause shown;

**IT IS** ~~on this _____ of _____ 2020, hereby~~

**ORDERED** that Defendant Encompass Rx, LLC is hereby dismissed from the above-captioned action <u>without prejudice</u> pursuant to Federal Rule of Civil Procedure 41(a)(2); and it is

**FURTHER ORDERED** that the Notice of Voluntary Dismissal Without Prejudice filed with the Court by Plaintiff on June 9, 2020 is hereby withdrawn; and it is

**FURTHER ORDERED** that a copy of this Order shall be served upon all counsel of record within seven (7) days of the Order being entered by the Court.

```
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE
Date:  August 10, 2020
```

1