UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
FRAMEWORK MI, INC.,

                        Plaintiff,                          **ORDER**

            - against -
                                                    20 Civ. 907 (NRB)

CVS PHARMACY, INC., PROCARE PHARMACY,
LLC d/b/a ENCOMPASS RX, and CAREMARK,
LLC,

                        Defendant.
---------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that the parties have

reached a settlement in this case, it is hereby

    **ORDERED** that the above-captioned action be, and hereby is,

dismissed without costs and without prejudice to restoring the

action to this Court's calendar if the application to restore the

action is made within 30 days.


DATED:    New York, New York
          March 17, 2022




                                    _____
                                        NAOMI REICE BUCHWALD
                                     UNITED STATES DISTRICT JUDGE